IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,

        Plaintiff,

  v.

ANTOINETTE WALLS, et al.,

        Defendants.
                              /

No. C 08-80193M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes.  The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1)  a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2)  an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3)  a court order for the defendants to be subjected to a lie detector test;

    (4)  covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual

1 allegations and claims for relief."

2     The Court has reviewed the instant complaint, C 08-80193M CW,
3 and finds that it alleges, <u>inter alia</u>, that Defendants have
4 conspired to murder, extort, and terrorize Plaintiff and abduct his
5 children.  Because this complaint concerns several of the matters
6 mentioned in the pre-filing order, the Clerk of the Court is
7 ordered not to file it.  Instead, the complaint shall be returned
8 to Plaintiff.

10     IT IS SO ORDERED.

12 Dated: 10/17/08

                                CLAUDIA WILKEN
                                United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES et al,

        Plaintiff,

v.

ANTOINETTE WALLS et al,

        Defendant.

Case Number: CV08-80193 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: October 17, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3